1  Joseph H. Harrington
2  Acting United States Attorney
   Eastern District of Washington
3  Stephanie Van Marter
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 07 2021

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELVIA DOLORES BELTRAN,<br><br>Defendant. | **4:21-CR-6027-SMJ**<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. § 3146(a)(2)<br>Failure to Surrender for<br>Service of Sentence |

The Grand Jury charges:

On or about February 19, 2019, in the Eastern District of Washington, the Defendant, ELVIA DOLORES BELTRAN, having been released pursuant to chapter 207 of Title 18, United States Code, the Bail Reform Act, while awaiting surrender for service of sentence after conviction in the United States District Court for the Eastern District of Washington for Possession with the Intent to

INDICTMENT – 1

1  Distribute Heroin, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(i), in Case No.
2  2:17-CR-6038-SMJ, and having been directed by the Court to surrender to the
3
4  Bureau of Prisons at the Federal Detention Facility SeaTac, in the Western District
5  of Washington, did knowingly and willfully fail to surrender for service of
6
7  sentence as ordered by the Court, in violation of 18 U.S.C. § 3146(a)(2).
8       DATED this _7_ day of July, 2021.

_(signed)_
Joseph H. Harrington
Acting United States Attorney

_(signed)_
Stephanie Van Marter
Assistant United States Attorney

INDICTMENT – 2